BALLARD SPAHR ANDREWS & INGERSOLL, LLP
A Pennsylvania Limited Liability Partnership
By:     Mark D. Shapiro, Esquire
        John P. Mueller, Esquire
Plaza 1000 – Suite 500, Main Street
Voorhees, NJ  08043
Telephone:     (856) 761-3400
Facsimile:     (856) 761-1020
muellerj@ballardspahr.com

*Attorneys for Defendant, Choice Hotels International, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAPU CORP. AND HARSHAD S. PATEL,<br><br>Plaintiffs,<br><br>v.<br><br>CHOICE HOTELS INTERNATIONAL, INC.,<br><br>Defendant. | CIVIL ACTION NO. 07-CV-5938 (WJM)<br><br>**DEFENDANT CHOICE HOTEL INTERNATIONAL, INC.'S RULE 7.1 DISCLOSURE** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Choice Hotels International, Inc., by and through its attorneys, Ballard Spahr Andrews & Ingersoll, LLP, hereby certifies that it has no parent corporation, nor is there any publicly held corporation that owns ten (10) percent or more of Choice Hotels International, Inc.'s stock.

Dated: January 21, 2008

/s John P. Mueller
MARK D. SHAPIRO
JOHN P. MUELLER
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
A Pennsylvania Limited Liability Partnership
Plaza 1000, Suite 500 - Main Street
Voorhees, NJ  08043-4363
(856) 761-3400
muellerj@ballardspahr.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this date, the foregoing Rule 7.1 Disclosure of Defendant Choice Hotels International, Inc. was served upon the following via ECF.

>Michael R. Curran, Esquire
>E-4 Greenbriar Court
>Clifton, NJ  07012
>
>*Attorney for Plaintiffs*

DATED: January 21, 2008                /s John P. Mueller
                                                  JOHN P. MUELLER