## MICHAEL R. CURRAN
*Attorney-at-Law*
**E-4 Greenbriar Court
Clifton, New Jersey 07012-2442
(973) 249-1449 (tel.)**

January 31, 2008

Clerk of the Court
United States District Court            **VIA ECF FILING**
    for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

    **Re:    <u>Bapu Corp. et al. v. Choice Hotels Int'l, Inc.</u>, Docket No. 07-cv-5938 (WJM) (MF)**

Dear Hon. Ms.:

    The undersigned represents Plaintiffs in the above action. This letter is being filed and served pursuant to L.Civ.R. 7.1(d)(5). There is a current motion by Defendant pending in this matter filed January 18, 2008. Opposition papers are currently due on February 4, 2008. The return date for the motion is February 19, 2008.

    Plaintiffs respectfully apply for extension to the above date as follows that: (a) the return date for the motion should be extended to **March 3, 2008**, the first Monday of March, and (b) the due date for papers filed in opposition and cross motion, if any, shall be filed and served no later than **February 18, 2008**, a day fourteen (14) days prior to the return date. In the event that the filing date of February 18, 2008 presents a problem for the Court as to the holiday falling on that date, the Clerk is respectfully requested to adjust this date accordingly. Thank you.

                                Respectfully submitted,

                                *Michael R. Curran* /S/
                                Michael R. Curran
                                (mc2639)
                                Attorney for Plaintiffs

**<u>CERTIFICATION OF SERVICE</u>**

    I certify, as an attorney admitted to the United States District Court for the District of New Jersey, that the within Amended Complaint has been served upon counsel for Defendant as follows: by e-mail and ECF system: <u>muellerj@ballardspahr.com</u>.

                                *Michael R. Curran* /S/
                                Michael R. Curran
                                (mc2639)
                                Attorney for Plaintiffs