UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

---------------------------------------------------------------------------------X
:
BAPU CORP. & HARSHAD S. PATEL,           :   07-CV-05938 (WJM) (MF)
:
                **Plaintiffs,**   :
:
v.                                        :   **RULE 7.1 DISCLOSURE**
:   **STATEMENT PERTAINING**
CHOICE HOTELS INTERNATIONAL, INC.,       :   **TO BAPU CORP., A NEW**
:   **JERSEY DOMESTIC**
                **Defendant.**   :   **PROFIT CORPORATION**
:
---------------------------------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 7.1, Plaintiff BAPU CORP., by its attorney, Michael R. Curran, Esq., hereby discloses and certifies that it is a New Jersey Domestic Profit Corporation, incorporated in the State of New Jersey, that it is a close corporation, that it has no parent corporation or other parent entity and that there is no publicly held corporation or other publicly held entity, owning ten per cent (10%) of more of the corporation's stock.

Dated:      March 4, 2008

                                              *Michael R. Curran /S/*
                                     Michael R. Curran
                                     (mc2639)
                                   Attorney for Plaintiffs
                                   E-4 Greenbriar Court
                                   Clifton, New Jersey 07012-2442
                                   (973) 249-1449 (tel.)
                                   mrc4law@yahoo.com

To:    Mr. John P. Mueller, Esq.
        Ballard Spahr Andrews & Ingersoll, LLP
        Plaza 1000, Suite 500, Main Street
        Vorhees, New Jersey 08043
        (856) 761-3405 (tel.)
        MuellerJ@ballardspahr.com
        Attorneys for Defendant

**Certification of Service**

      I, Michael R. Curran, attorney for Plaintiffs, hereby certify that a true and correct copy of the Rule 7.1 Disclosure Statement Pertaining to Bapu Corp., a New Jersey Domestic Profit Corporation, has been served via the ECF system and e-mail upon the attorneys for Defendant as follows: Mr. John P. Mueller, Esq., Ballard Spahr Andrews & Ingersoll, LLP, Plaza 1000, Suite 500, Main Street, Vorhees, New Jersey 08043, at **MuellerJ@ballardspahr.com**.

                                                      *Michael R. Curran /S/*
                                                    Michael R. Curran (2639
                                                    Attorney for Plaintiffs